■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MCKNIGHT, Appellant. — Judgment, Supreme Court, New York County (George Roberts, J.), rendered on February 15, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY KRAUSS, Appellant. — Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on April 29, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Sullivan, J. P., Ross, Asch and Kassal, JJ.